UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :           ORDER
            -v-                   :
                                  :           07 Cr.
CARLOS CUEVAS,                    :
JAMES YOON,                       :
THOMAS BUTLER, and                :
SHAWN ARMSTRONG                   :
            Defendants.           :
- - - - - - - - - - - - - - - - -x

Upon the application of Michael J. Garcia, United States Attorney for the Southern District of New York, by Marissa Molé, Assistant United States Attorney, it is hereby

ORDERED that the Indictment that bears docket number 07 Cr. __, which was sealed on or about September 20, 2007 by Order of a United States Magistrate Judge for the Southern District of New York, be unsealed.

Dated:    New York, New York
          September 22, 2007

                              _____
                              HONORABLE JAMES C. FRANCIS IV
                              United States Magistrate Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/07
```