USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/12/08__
07 cr 892 (JGK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

CARLOS CUEVAS, et al.,

                        Defendants.

------------------------------------------------------------X

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, March 27, 2008 at 10:30am** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **March 27, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

*Miriam Holdman Cedarbaum*
**MIRIAM GOLDMAN CEDARBAUM**
**UNITED STATES DISTRICT JUDGE**
*March 11, 2008*

Dated: New York, New York
       March 11, 2008