USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

CARLOS CUEVAS,

           Defendant.

---

07 Cr. 892 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **May 9, 2008 at 10:30 a.m.**

Because an adjournment is needed to allow for the Government to complete discovery and for the defendant to review it, and to assure the effective assistance of counsel, at the conference on March 27, 2008, the Court prospectively excluded the time from **March 27, 2008,** until **May 9, 2008** from Speedy Trial Act calculations and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            March 28, 2008

                                        John G. Koeltl
                                    United States District Judge