*Benedict S. Gullo, Jr.*
*Attorney at Law*

114 Old Country Road
Suite 212
Mineola, New York 11501
(516) 294-3550
Fax (516) 742-0299

MAY 15 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

May 15, 2008

Honorable John G. Koeltl
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
5/15/08
John G. Koeltl, U.S.D.J.

Re:   United States of America v. Carlos Cuevas et. al.
      Indictment No. Cr. 07-892 (JGK)

Dear Honorable Judge Koeltl:

In reference to the above, please be advised that my client has received authorization that he could pick up two (2) motorcycles that were taken from his possession at the time of his arrest.

The Deputy United States Marshall is Eric Weisberg, telephone number 718-260-0527, who is responsible for releasing the motorcycles to Mr. Cuevas.

It is necessary for Mr. Cuevas to go to their storage facility located at 40 A Cotters Lane, East Brunswick, New Jersey 08816.

Mr. Weisberg has advised Mr. Cuevas that he can pick up the motorcycles on Tuesday, May 20, 2008 at 10:00 a.m.

We anticipate that he will be leaving New York State at approximately 7:00 a.m. and returning in the late afternoon.

Since my client's arrest he has had no further involvement with the law, is gainfully employed, reports regularly to Pre-Trial Services, and his family has posted their home as collateral for his bond.

Page 2
May 15, 2008

My office has contacted AUSA Marissa Mole, telephone number (212) 637-2275, and AUSA Jeffrey Brown, telephone number (212) 637-1110, and they have no objection to this application.

In addition, Pre-Trial Services Officer Arthur Bobyak, telephone number 631-712-6401, has no objection.

I thank the Court for its anticipated courtesies and prompt response.

Very truly yours,

Benedict S. Gullo, Jr.

BSG/aj
cc: Carlos Cuevas