UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,                  **NOTICE OF APPEARANCE**

        -against-                              07 cr 892 (JGK)

CARLOS CUEVAS, et al.,

                           Defendants.
-----------------------------------------------------------X

SIR:

     **PLEASE TAKE NOTICE** that the defendant, CARLOS CUEVAS, hereby appears in the above-captioned action, and that the undersigned has been retained as Attorney for said defendant. All papers in this action shall be served upon the undersigned at the post office address stated below.

Dated: Mineola, New York
          September 10, 2008

                                                            Yours, etc.

                                               /s/   6309
                                          _____
                                          Benedict S. Gullo, Jr., Esq.
                                          *Attorney for Defendant*
                                          114 Old Country Road, Suite 212
                                          Mineola, New York 11501
                                          (516) 294-3550 phone
                                          (516) 742-0299 fax